UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Delric Devan Inabinett**                     **Docket No. 7:25-CR-12-1FL**

### Petition for Action on Supervised Release

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Delric Devan Inabinett, who, upon an earlier plea of guilty to Possession of a Firearm By a Felon, in violation of 18 U.S.C.§§ 922(g)(1) and 924(a)(8), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on August 7, 2025, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years. On February 20, 2026, the case was reassigned to U.S. District Judge, Louise W. Flanagan.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 22, 2026, notice was received from the Bureau of Prisons (BOP) that the defendant submitted a relocation request to the Western District of North Carolina (WDNC). On February 18, 2026, an investigation was completed at the proposed residence, and it appears to be suitable for transfer of supervision. In the Western District of North Carolina, a warrantless search condition is a standard condition of supervised release. Therefore, for consistency amongst cases, the defendant was asked to sign a Waiver of Hearing to add the condition. The Waiver was provided to his BOP Case Manager and was signed by both the defendant and his Case Manager.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a search, if the Probation Officer has a reasonable suspicion that the defendant has committed a crime or a violation of a condition of supervised release. Such a search may be conducted by a U.S. Probation Officer, and such other law enforcement personnel as the probation officer may deem advisable, without a warrant or the consent of the defendant. Such search may be of any place where evidence of the above may reasonably be expected to be found, including defendant's person, property, house, residence, vehicle, communications or data storage devices or media or office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                         I declare under penalty of perjury that the foregoing
                                               is true and correct.


/s/ David W. Leake                             /s/ Jay Kellum
David W. Leake                                 Jay Kellum
Supervising U.S. Probation Officer             U.S. Probation Officer
                                               200 Williamsburg Pkwy, Unit 2
                                               Jacksonville, NC 28546-6762
                                               Phone: 910-346-5109
                                               Executed On: February 20, 2026

**Delric Devan Inabinett**
**Docket No. 7:25-CR-12-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ____2nd____ day of _____March_____, 2026, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
United States District Judge